IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Magnum Oil Tools International, Ltd. | § § | |
| Plaintiff | § § | Civil Action No. 2:12-cv-00099 |
| v. | § § | JURY |
| Tony D. McClinton, Jaycar Energy Group, L.L.C., *et al* | § § § | |
| Defendants | § § | |

**AGREED ORDER GRANTING IN PART DEFENDANTS' MOTION TO COMPEL DISCOVERY [D.E. #102]**

BEFORE THE COURT are the Defendants' Motion to Compel Discovery [D.E.#102], Plaintiff's Response [D.E. #104], Defendants' Reply [D.E. #106] and Plaintiff's Sur-Reply [D.E. #108].

Having given full consideration to the Motion [D.E. #102] and Reply [D.E. #106] and Plaintiff's Response [D.E. #104] and Sur-Reply [D.E. #108], the Defendants' Motion to Compel is GRANTED in part, and ruled MOOT in part.

The Court ORDERS Plaintiff to produce to Defendants' counsel to be treated as Highly Confidential Information under the Agreed Protective Order in this case [D.E. #57] all settlement agreement(s) disposing the prior lawsuits involving Patent No. 6,796,376 (the "'376 Patent"), in previous litigation of the '376 Patent in the lawsuits styled *Frazier v. Austin Explosives Co.*, No. 2:10-02 (S.D. Tex.), *Frazier v. Wireline Solutions*, L.L.C., No. 2:10-03 (S.D. Tex.), and *Frazier v. MAP Oil Tools, Inc.*, No. 2:10-04 (S.D. Tex.).

All other relief requested by Defendants in their Motion including but not limited to Defendants' requests for all other documents in Plaintiff's custody or control including all communications and negotiations related to the settlement agreements are ruled MOOT.

IT IS SO ORDERED on this 25th day of September, 2013.

Hon. Nelva Gonzales Ramos
UNITED STATES DISTRICT JUDGE

*AGREED*

By: *Jason A. Engel*
Jason A. Engel (*pro hac vice*)
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jason.engel@klgates.com

*Attorneys for Defendants, Counterclaimants, Tony D. McClinton, Jaycar Energy Group, L.L.C., Surf Frac Wellhead Equipment Company, Inc., McClinton Energy Group, L.L.C., Motors Mills Snubbing, L.L.C., and Stan Keeling*

/s/ *Finley L. Edmonds*
Finley L. Edmonds – AIC Plaintiff
LAW OFFICES OF FINLEY L. EDMONDS, INC., A P.C.
802 N. Carancahua Street, Suite 665
Corpus Christi, Texas 78401

Texas Bar No. 06428000
S.D.TX Admission No. 5684
Telephone: 361-991-8384
Facsimile: 361-991-8449
fedmonds@finleyedmonds.com

Robb D. Edmonds
EDMONDS & NOLTE, P.C.
2625 Bay Area Blvd, Suite 530
Houston, Texas 77058
Texas Bar. No. 24029530
S.D.TX Admission No. 675600
Telephone: 281-480-2700 ext. 101
Facsimile: 281-480-2701
redmonds@edmondsnolte.com

John M. Jackson
Texas Bar No. 24002340
S.D.TX Admission No. 23569
jjackson@jw.com

Nathaniel St. Clair, II
Texas Bar No. 24071564
S.D.T.X Admission No. 2006902
nstclair@jw.com

**JACKSON WALKER LLP**
Bank of America Plaza
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: 214-953-6109
Facsimile: 214-661-6645

*Attorneys For Plaintiff,*
*Magnum Oil Tools International, Ltd.*